No. 04–7412.  WILLIAMS *v.* LAVAN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT DALLAS, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 04–7416.  ·WEAVER *v.* DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 04–7418.  HALL *v.* MISSOURI.  Sup. Ct. Mo.  Certiorari denied.

No. 04–7440.  ALLEN *v.* SENKOWSKI, SUPERINTENDENT, CLINTON CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.

No. 04–7463.  PULLEY *v.* RUBENSTEIN, COMMISSIONER, WEST VIRGINIA DIVISION OF CORRECTIONS, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. ·04–7468.  MADURA *v.* LONGWOOD ATHLETIC CLUB, INC.  Cir. Ct. Sarasota County, Fla.  Certiorari denied.

No. 04–7488.  REYES *v.* HALL, WARDEN.  C.·A. 9th Cir.  Certiorari denied.

No. 04–7491.  BOWSER *v.* BLACKETTER, SUPERINTENDENT, EASTERN OREGON CORRECTIONAL INSTITUTION.  C. A. 9th Cir.  Certiorari denied.

No. 04–7493.  MOORE *v.* KEANE, SUPERINTENDENT, SING SING CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.

No. 04–7504.  THOMPSON *v.* MCCAUGHTRY, WARDEN.  C. A. 7th Cir.  Certiorari denied.

No. 04–7516.  DE MELO *v.* DEPARTMENT OF VETERANS AFFAIRS.  C. A. Fed. Cir.  Certiorari denied.

No. 04–7526.  BANSAL *v.* IMMIGRATION AND NATURALIZATION SERVICE ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 04–7532.  FARSHIDI *v.* NORFOLK STATE UNIVERSITY.  C. A. 4th Cir.  Certiorari denied.